IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| VELMA TOWNSEND, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: 3:12cv0045 |
| ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants, Federal National Mortgage Association ("Fannie Mae"), Wells Fargo Bank, N.A. ("Wells Fargo") and Samuel I. White, P.C. ("SIWPC"), by and through counsel, move this Court to dismiss the Amended Complaint filed by Plaintiffs, Velma Townsend and Landon Townsend ("Plaintiffs"), with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants incorporate by reference and rely upon the arguments and authorities set forth in their Memorandum in Support of Motion to Dismiss filed together herewith.

                                              **FEDERAL NATIONAL MORTGAGE ASSOC.**
                                              **WELLS FARGO BANK, N.A.**
                                              **and SAMUEL I. WHITE, P.C.**

                                              /s/     Terry C. Frank
                                                          Of Counsel

Hunter W. Sims, Jr., Esquire (VSB No. 09218)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia  23510
Phone:  (757) 624-3000
Fax:     (757) 624-3169
Email:  hwsims@kaufcan.com

Terry C. Frank (VSB No. 74890)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4058
Phone:  (804) 771-5745
Fax:  (804) 771-5700
Email:  tcfrank@kaufcan.com
*Counsel for Defendants Fannie Mae, Wells Fargo and SIWPC*

## CERTIFICATE OF SERVICE

I hereby certify that on this October 10, 2012, a true copy of the foregoing is being filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Henry W. McLaughlin, Esq.
> Drew D. Sarrett, Esq.
> The Law Office of Henry McLaughlin, P.C.
> Eighth and Main Building
> 707 East Main Street, Ste. 1375
> Richmond, VA 23219
> *Counsel for Plaintiffs*

             /s/   Terry C. Frank
Terry C. Frank (VSB No. 74890)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4058
Phone:  (804) 771-5745
Fax:  (804) 771-5700
Email:  tcfrank@kaufcan.com

11976932