IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| VELMA AND LANDON TOWNSEND,<br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET AL.,<br>*Defendants.* | CASE NO. 3:12-cv-00045<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' motion to dismiss Plaintiffs' Amended Complaint. For the reasons set forth in the accompanying memorandum opinion, Defendants' motion (docket no. 17) is hereby GRANTED IN PART and DENIED IN PART. Specifically, Defendants' motion to dismiss Counts One and Two of the Amended Complaint is GRANTED with respect to all Defendants. Count Three is also dismissed with respect to Defendants Federal National Mortgage Association and Wells Fargo Bank, N.A. However, Defendants' motion to dismiss Count Three is DENIED with respect to Defendant Samuel I. White, P.C.

In addition, Defendants' motion to dismiss Plaintiffs' original complaint (docket no. 5) is hereby DENIED as MOOT.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this ___12th___ day of February, 2013.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE