**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
Charlottesville Division
255 West Main Street
Charlottesville, Virginia 22902

**VELMA TOWNSEND**
**LANDON TOWNSEND,**

                                 Plaintiffs,

v.                                             Civil Action No. 3:12-cv-0045

**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION, et als.,**

                                 Defendants.

**MEMORANDUM IN RESPONSE TO MOTION BY WELLS FARGO AND FEDERAL**
**NATIONAL MORTGAGE ASSOCIATION PURSUANT TO RULE 54(B)**

Plaintiffs, Velma Townsend and Landon Townsend (collectively, "the Townsends")
set forth the following in response to the motion by Wells Fargo N.A. ("Wells Fargo") and
Federal National Mortgage Association ("Fannie Mae") pursuant to Rule 54(B):

The Townsends maintain their opposition and exception to the ruling of the Court
dismissing their claims in this case against Wells Fargo and Fannie Mae.  Barring a
reconsideration of that ruling, they acknowledge that judicial economy would not be
hindered in this case by an Order certifying as final the ruling of the Court dismissing the
Townsends' claims against Wells Fargo and Fannie Mae.

                              Respectfully submitted,

                              **VELMA TOWNSEND**
                              **LANDON TOWNSEND**
                              <u>By /s/ Henry W. McLaughlin</u>
                                  Counsel

1

Henry W. McLaughlin (VSB No. 07105)
The Law Office of Henry McLaughlin, P.C.
707 East Main Street, Suite 1375
Richmond, Virginia 23219
(804) 205-9020; fax (877) 575-0245
henry@mclaughlinvalaw.com
*Counsel for Velma Townsend*
*and Landon Townsend*


**CERTIFICATE**

I, Henry W. McLaughlin, counsel for Velma Townsend and Landon Townsend, certify

that on September 13, 2013, the foregoing will be filed electronically with the ECF filing System

of the U.S. District Court for the Western District of Virginia, Charlottesville Division, which

will electronically notify the following of the same:

Hunter W. Sims, Jr., Esquire
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
hwsims@kaufcan.com

Terry C. Frank, Esquire
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219

tcfrank@kaufcan.com


/s/ Henry W. McLaughlin
Counsel

2