IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division
255 West Main Street
Charlottesville, Virginia 22902

**VELMA TOWNSEND**
**LANDON TOWNSEND,**

        Plaintiffs,

v.               Case No. 3:12-cv-0045

**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION, et als.,**

        Defendants.

**MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MEMORANDUM IN OPPOSITION TO THE PLAINTIFF'S MOTION SEEK PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 54(B)**

  Velma Townsend and Landon Townsend (collectively, "the Townsends") set forth the following in support of their motion for an extension of time to file a reply to the memorandum of law by Samuel I. White, P.C. to the motion for partial summary judgment filed by the Townsends.

  Counsel for the Townsends has talked to defense counsel, who does not oppose this motion.

  Counsel for the Townsends requests an extension to better prepare a reply to the defense memorandum against their motion for partial summary judgment.

1

Respectfully submitted,

**VELMA TOWNSEND**
**LANDON TOWNSEND**

  /s/ Henry W. McLaughlin
Henry W. McLaughlin (VSB No. 07105)
The Law Office of Henry McLaughlin, P.C.
707 East Main Street, Suite 1375
Richmond, Virginia 23219
(804) 205-9020; fax (877) 575-0245
henry@mclaughlinvalaw.com
*Counsel for Velma Townsend*
*and Landon Townsend*

## CERTIFICATE

I, Henry W. McLaughlin, counsel for Velma Townsend and Landon Townsend, certify that on September 30, 2013, the foregoing will be filed electronically with the ECF filing System of the U.S. District Court for the Western District of Virginia, Charlottesville Division, which will electronically notify the following of the same:

> Hunter W. Sims, Jr., Esquire
> Kaufman & Canoles, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, Virginia 23510
> hwsims@kaufcan.com
>
> Terry C. Frank, Esquire
> Kaufman & Canoles, P.C.
> Two James Center
> 1021 East Cary Street, Suite 1400
> Richmond, Virginia 23219
>
> tcfrank@kaufcan.com

/s/ Henry W. McLaughlin
Counsel

2