# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **VELMA TOWNSEND,** *et al.* ) | |
| *Plaintiffs,* ) | |
| ) | **CASE NO. 3:12-CV-0045** |
| **v.** ) | |
| ) | **O R D E R** |
| **FEDERAL NATIONAL MORTGAGE** ) | |
| **ASSOCIATION,** *et al.,* ) | |
| *Defendants.* ) | |

For the reasons stated in the accompanying memorandum opinion:

1. Plaintiff's motion for partial summary judgment (docket no. 39) is **DENIED**.

2. Pursuant to Fed. R. Civ. P. 56(f), summary judgment for the Defendant is **GRANTED**.

3. Defendant's motion to certify judgment as final (docket no. 37) is therefore **DENIED AS MOOT**.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so **ORDERED**.

Entered this __10th__ day of October, 2013

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE